**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**COREY GREGG,**

       **Plaintiff,**

**v.**                      **Case No. 1:17cv66-MW/GRJ**

**STATE OF FLORIDA,**

       **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 4.   Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for Plaintiff's failure to exhaust state remedies." The Clerk shall close the file.

**SO ORDERED on April 17, 2017.**

                        **s/Mark E. Walker**
                        **United States District Judge**